IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SHEILA CLARK     PLAINTIFF

v.     Case No. 4:18-cv-00910 KGB

ALLMERICA FINANCIAL BENEFIT
INSURANCE COMPANY     DEFENDANT

## ORDER

Before the Court is a joint motion to dismiss (Dkt. No. 14). In the motion, the parties represent that they engaged in mediation, which was successful in resolving the dispute between the parties (*Id.*, ¶ 1). The parties desire to dismiss this action with prejudice as all claims have been resolved (*Id.,* ¶ 2). For good cause shown, the Court grants the parties' joint motion to dismiss (Dkt. No. 14). The Court dismisses this action with prejudice.

It is so ordered this 27th day of March, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge